AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:24-mj-00054 |
| Andrew Valentin | ) Assigned To : Harvey, G. Michael |
|  | ) Assign. Date : 2/9/2024 |
|  | ) Description: Complaint W/ Arrest Warrant |
| *Defendant* | ) |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  Andrew Valentin                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☒ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(F) - Act of Physical Violence in the Capitol Buildings or Grounds;
18 U.S.C. 111(a)(1) - Assaulting, Resisting, or Impeding Certain Officers;
18 U.S.C. 231(a)(3) - Civil Disorder.

Date:    02/09/2024                                             _____
                                                                                *Issuing officer's signature*

Digitally signed by G. Michael Harvey
Date: 2024.02.09 11:49:00 -05'00'

City and state:         Washington, D.C.                G. Michael Harvey, U.S. Magistrate Judge
                                                                                *Printed name and title*

---

### Return

This warrant was received on *(date)* 2/12/24 , and the person was arrested on *(date)* 2/11/24
at *(city and state)* Allentown, PA .

Date: 2/11/24                                                  _____
                                                                                *Arresting officer's signature*

                                                                                Curtis Alverdo, DUSM
                                                                                *Printed name and title*